IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Mary W.,[1] | ) | C/A No.: 1:20-2696-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Andrew M. Saul, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, Andrew M. Saul, Commissioner of the Social Security Administration ("Commissioner"), by his attorneys, M. Rhett DeHart, Acting United States Attorney for the District of South Carolina, and Marshall Prince, Assistant United States Attorney for said district, has moved this court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. [ECF No. 22]. The motion represents that Plaintiff's counsel consents to the motion. *Id.*

Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and given the

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

Commissioner's request for remand of this action for further proceedings, this court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). Upon remand, the Appeals Council shall vacate the Administrative Law Judge's ("ALJ's") decision and refer the case to an ALJ to reevaluate Plaintiff's claim, provide her an opportunity for another hearing, and issue a new decision. The ALJ shall pay particular attention to whether Plaintiff meets the requirements for a finding of disability under Listing 1.04 and shall reevaluate Dr. Balinski's medical opinion given the October 2018 MRI results. The Clerk of Court is directed to enter a separate judgment pursuant to Fed. R. Civ. P. 58.

      IT IS SO ORDERED.

*[signature: Shiva V. Hodges]*

March 23, 2021                                 Shiva V. Hodges
Columbia, South Carolina              United States Magistrate Judge